UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-23560-JB

ARANTZA CASTRO,

      Plaintiff,

  v.

GORJANA & GRIFFIN, INC.,

      Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice, which voluntarily dismisses Defendant, Gorjana & Griffin, Inc., the only defendant in this action, from this case without prejudice.  ECF No. [6]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

      **DONE AND ORDERED** in Miami, Florida this 27th day of September, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**